# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5377
_____

PROTECTIVE INSURANCE
COMPANY and ADC DELIVERY,
INC.,

    Appellants/Cross-Appellees,

    v.

GORDAN MATTESON,

    Appellee/Cross-Appellant.

_____


On appeal from an order of the Judge of Compensation Claims.
Ellen H. Lorenzen, Judge.

Date of Accident: January 22, 2015.

December 27, 2018


PER CURIAM.

    AFFIRMED.

WOLF, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


William H. Rogner and Scott B. Miller of Hurley, Rogner, Miller, Cox, & Waranch, P.A., Winter Park, for Appellants/Cross-Appellees.

Craig O. Stewart of Morgan & Morgan, P.A., Tampa, and Wendy S. Loquasto of Fox & Loquasto, P.A., Tallahassee, for Appellee/Cross-Appellant.